LAWSON LAW OFFICES
Antonio Lawson, (SBN 140823)
tony@lawsonlawoffices.com
21 Stirling Way
Hayward, CA 94521
Telephone: (510) 418-2656
Attorneys for Plaintiffs

Robert W. Norman, Jr. (SBN 232470)
Alexandra Coronado King (SBN 346621)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com
E-Mail: acoronadoking@houser-law.com

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RUTH LAWSON AND ANTONIO LAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE, INC., MTC FINANCIAL SERVICES INC. (dba TRUSTEE CORPS), NATIONAL GENERAL INSURANCE, INC., COMPU-LINK, INC. (dba CELINK) and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01160-KJM-DB<br>Action filed: March 10, 2023<br><br>[State of California, County of Solano, Case No. CU23-00148]<br><br>**JOINT STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT** |

STIPULATION RE FIRST AMENDED COMPLAINT; ORDER

1

CLARK HILL LLP
Sean Lukins (SBN 312963)
slukins@clarkhill.com
Georges A. Haddad (SBN 241785)
GHaddad@ClarkHill.com
505 Montgomery Street
13th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8510
Attorneys for Defendant
Compu-Link, Inc. (dba Celink)

THE ROTH LAW FIRM, APLC
James M. Roth, (SBN129378)
jroth@therothlawfirm.com
David EC Gettis (SBN 211197)
12975 Brookprinter Place
Suite 260
Poway, CA 92064
Telephone:   (858) 592-6250
Attorneys for Defendant
National General Insurance Company

     This Joint Stipulation Re Filing of a First Amended Complaint is entered into by Plaintiffs Estate of Ruth Lawson and Antonio Lawson ("Plaintiffs") and defendant PHH Mortgage Corporation, erroneously sued as PHH MORTGAGE INC ("PHH"), and Compu-Link, Inc. (dba Celink) (collectively referred to as "Defendants"), through their respective undersigned counsel of record.

     WHEREAS, Plaintiffs filed a Complaint for Damages ("Complaint") in the Superior Court of the State of California, County of Solano against Defendants on March 10, 2023, alleging claims for Wrongful Foreclosure, Breach of Contract, Bad Faith Denial of Insurance Coverage, Breach of the Implied Covenant of Good Faith and Fair Dealing and Conversion;

     WHEREAS, the above-captioned matter was removed to the United States District Court, Eastern District of California on June 16, 2023;

     WHEREAS, Defendant PHH Mortgage filed a Motion to Dismiss on June 28, 2023;

WHEREAS, the hearing on the Motion to Dismiss set for September 1, 2023, was treated as a Case Management Conference, in which the Court advised the parties to meet and confer to discuss the filing of an Amended Complaint and whether or not the Status (Pretrial Scheduling) Conference set for 10/13/2023 should remain on calendar or be continued. (*See* ECF no. 31);

WHEREAS, on September 8, 2023, the parties met and conferred to discuss the Amended Complaint and Status (Pretrial Scheduling) Conference set for 10/13/2023.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants that:

1. Plaintiffs shall file a first amended complaint on or before October 2, 2023.
2. Each Defendant shall file a responsive pleading, including any motion to dismiss, on or before October 30, 2023.
3. Hearing on any responsive motions shall be set for December 8, 2023.
4. The Status (Pretrial Scheduling) Conference set for October 13, 2023 shall be continued to December 8, 2023.

Date:  September 19, 2023         **LAWSON LAW OFFICES**


*/s/ Antonio Lawson*
Antonio Lawson
Attorney for Plaintiffs
Estate of Ruth Lawson and Antonio Lawson


Date:  September 19, 2023         **HOUSER LLP**


*/s/ Alexandra Coronado King*
Robert W. Norman, Jr.

STIPULATION RE FIRST AMENDED COMPLAINT; ORDER
3

|   |   |
|---|---|
|   | Alexandra Coronado King<br>Attorneys for Defendant<br>PHH Mortgage Corporation, erroneously sued as PHH MORTGAGE INC |
| Date:  September 19, 2023 | **CLARK HILL, LLP** |
|   | */s/ Sean Lukins*<br>Sean M. Lukins<br>Georges A. Haddad<br>Attorney for Defendant<br>Compu-Link, Inc. dba Celink |
| Date:  September 19, 2023 | **THE ROTH LAW FIRM, APLC** |
|   | */s/ James Roth*<br>James M. Roth<br>David EC Gettis<br>Attorney for Defendant<br>National General Insurance Company |

**IT IS SO ORDERED.**

DATED:   September 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE